BOB JONES UNIVERSITY, INC., *v.* CITY OF GREENVILLE, SOUTH CAROLINA, ET AL.

No. 1024. Decided June 22, 1964.

*Clarence Steele Bowen* for appellant.

*Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

TEXAS CO. (P. R.) INC. ET AL. *v.* SECRETARY OF THE TREASURY OF PUERTO RICO.

No. 1048. Decided June 22, 1964.

*James R. Beverley* for appellants.

*J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Irene Curbelo,* Assistant Solicitor General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.